```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

MICHAEL MANNING,                    :
    Plaintiff
                                       :

    vs.                             :   CIVIL NO. 1:CV-07-740

MICHAEL J. ASTRUE,                  :      (Judge Caldwell)
Commissioner of Social
Security,                           :   (Magistrate Judge Smyser)
    Defendant


*O R D E R*

       AND NOW, this 28th day of November, 2007, upon consideration of the report and recommendation (doc. 9) filed by Magistrate Judge Smyser, to which no objections have been filed, and upon an independent review of the record, it is ordered that the report is adopted.

       Pursuant to the recommendation of Judge Smyser it is also Ordered that this case be remanded to the Commissioner of Social Security for further proceedings pursuant to the report and focusing on the pre-June 2003 time frame.

                                             /s/William W. Caldwell
                                           William W. Caldwell
                                           United States District Judge